# FRANCIS, O'NEIL & DEL PIANO LLC
### ATTORNEYS AT LAW
255 MAIN STREET
HARTFORD, CONNECTICUT 06106-1848
(860) 527-3271
FAX (860) 527-2584

JOHN J. O'NEIL, JR.
GERALD A. DEL PIANO
MICHAEL S. SCHENKER*

*ALSO ADMITTED IN FLORIDA

February 9, 2004

FRANK A. FRANCIS
(1907-1990)
JEWEL A. GUTMAN
(RETIRED)

885 HOPMEADOW STREET
SIMSBURY, CT 06070
(CONFERENCE CENTER)

Honorable Christopher F. Droney
United States Courthouse
450 Main Street
Hartford, CT 06103

Re:   Darlene A. Bunning vs Citizens National Bank
      No. 3:03 CV722 (CFD)

Dear Judge Droney:

In response to your Status Order of January 21, 2004, I have reviewed this office's file in the above captioned mater. In addition, I have discussed the matter with the Office of the Court Clerk as well as your Clerk in an attempt to determine the status of this proceeding.

Ms. Bunning has filed one document designated as "Appeal". The Record on Appeal was transmitted to the District Court and docketed on April 22, 2003. No other filings have been made by Ms. Bunning.

It appears that Ms. Bunning has appealed both the denial of her discharge (03CV723) and the granting of Citizens National Bank's Motion for Relief from the Automatic Stay (03CV722) through the use of a single document which contains allegations relating to both matters. Procedurally, the appeal involving my client, Citizens National Bank, takes the form of an appeal of the Bankruptcy Court's denial of Ms. Bunning's Motion to Vacate its Order granting Citizens Motion for Relief from Stay. Given the nature of the filing by Ms. Bunning and her failure to comply with the Federal Rules of Bankruptcy Procedure (specifically Rule 8009), it is not possible for this office to frame a response to her appeal.

Very truly yours,

FRANCIS, O'NEIL & DEL PIANO, LLC

By: _____
    John J. O'Neil, Jr.

JON:knh
cc: Darlene A. Bunning

*Margin annotation:* The Clerk shall docket this letter and include it in the Court's file. So ordered.
Christopher F. Droney
United States District Judge
02/10/04