**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

DARLENE BUNNING                :
    Plaintiff              :
                        :
                        :
    v.                     :    Civil Action No.
                        :    3:03 CV 722 (CFD)
CITIZENS NATIONAL BANK,        :    3:03 CV 723 (CFD)
    Defendant              :

### ORDER TO SHOW CAUSE

The plaintiff is ordered to show cause by **February 27, 2004** why the Court should not

dismiss these cases since no appeal brief has been filed in either case.

SO ORDERED this _10__ day of February 2004, at Hartford, Connecticut.

**CHRISTOPHER F. DRONEY**
**UNITED STATES DISTRICT JUDGE**

1