---

DARLENE A. BUNNING, ET AL.

-V-                                      No. 3;03CV722 (CFD)

CITIZEN'S NATIONAL BANK, ET AL.

---

## MOTION FOR EXTENSION OF TIME TO FILE
## ORDER RE STATUS

I RESPECTFULLY REQUEST AN EXTENTION OF TIME (NOT MORE THAN SIX WEEKS) TO FILE THE **ORDER RE STATUS** WITH THE CLERK AT HARTFORD. MY WORK SCHEDULE HAS PUT UNREASONABLE DEMANDS ON MY TIME AND I WILL BE OUT OF TOWN FOR THE BIGGER PORTION OF THE REST OF THIS WEEK AND THE BEGINNING OF NEXT WHICH RESULTS IN JUST NOT PHYSICALLY HAVING ENOUGH TIME TO COMPILE A JOINT STATUS REPORT OR OTHERWISE SET FORTH THE INFORMATION REQUESTED BY JUDGE CHRISTOPHER F. DRONEY. WITH HIS INDULGANCE I REQUEST AN EXTENTION OF TIME, NOT TO EXCEED MARCH 29, 2004.

RESPECTFULLY SUBMITTED

*Darlene A. Bunning*

DARLENE A. BUNNING
FEB.3, 2004

MOTION GRANTED OR DENIED

_____
SIGNED

_____
( JUDGE/ CLERK MAGISTRATE )

[Margin annotation:] The Clerk shall docket this motion for extension of time and include it in the Court's file. The motion for extension of time is GRANTED, as modified: the plaintiff must file a response to the Status Report Order dated January 21, 2004 and the order to Show Cause dated February 10, 2004 no later than March 15, 2004. So ordered.

Christopher F. Droney
United States District Judge
02/13/04

[Stamp:] FILED 2004 FEB 13 A 11:17 U.S. DISTRICT COURT HARTFORD, CT