# OSSEN & MURPHY
### ATTORNEYS AT LAW

21 OAK STREET, SUITE 201, HARTFORD, CONNECTICUT 06106  •  (860) 728-6635 - 728-6636

NEAL OSSEN
DONNA P. MURPHY

February 12, 2004

The Honorable Christopher F. Droney
United States Courthouse
450 Main Street
Hartford, CT 06103

      RE:  Darlene A. Bunning vs. Citizens National Bank
           No. 3:03CV722(CFD)

Dear Judge Droney:

    In response to your Status Order of January 21, 2004, I have reviewed my file in the above matter.

    It seems that Ms. Bunning filed a voluminous document designated as "Appeal". It appears that Ms. Bunning appealed the denial of her motion to vacate relief from stay with respect to Citizen's National Bank and appealed the denial of her motion to reconsider discharge and objection to denial of discharge. The Record on Appeal was transmitted to the District Court and docketed April 22, 2003. No other filings have been made by Ms. Bunning.

    It appears that the District Court docketed the Appeal from the discharge as 3:03CV723 (CFD), which case was transferred to you on June 20, 2003 by Judge Arterton. The Appeal of the denial of her motion to vacate relief from stay was assigned 3:03CV722 (CFD). I am a party in the Citizen's matter by virtue of being named a party in the motion for relief. Given the nature of the filing by Ms. Bunning and her failure to comply with the Federal Rules of Bankruptcy Procedure (specifically Rule 8009), I have been unable to frame a response to her Appeal.

Very truly yours,
OSSEN & MURPHY

Neal Ossen

NO:tmg
cc: Darlene Bunning

*[Handwritten annotation in left margin:] The Clerk shall docket this letter and include it in the Court's file. So ordered.*
*Christopher F. Droney*
*United States District Judge*
*02/17/04*