UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DARLENE BUNNING<br>    Plaintiff | :<br>:<br>: |
| v. | :    Civil Action No.<br>:    3:03 CV 722 (CFD)<br>:    3:03 CV 723 (CFD) |
| CITIZENS NATIONAL BANK,<br>    Defendant | :<br>: |

### ORDER

On February 10, 2004, the Court ordered the plaintiff to show cause by February 27, 2004 why the Court should not dismiss these cases since no appeal brief has been filed in either case. On February 13, 2004, the Court granted the plaintiff's motion for extension of time, as modified: to file a response to the Status Report Order dated January 21, 2004 and the Order to Show Cause dated February 10, 2004 no later than March 15, 2004. To date, the plaintiff has not responded to the Order to Show Cause or the Status Report Order.

Accordingly, this action is DISMISSED. The Clerk is directed to close the cases. This order is without prejudice to either party filing a motion to re-open within thirty days.

SO ORDERED this 26TH day of March 2004, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE